IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>BankUnited Financial Corporation, *et al.*,<br><br>                         Debtors. | Chapter 11<br><br>Case No. 09-19940-LMI<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF BANKUNITED FINANCIAL CORPORATION, *et al.*,<br><br>      Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for BankUnited, FSB,<br><br>      Defendant. | Adversary Proceeding<br>No. 10-03075-LMI |

**REPLY MEMORANDUM IN FURTHER SUPPORT OF THE
MOTION FOR SUMMARY JUDGMENT OF THE FEDERAL DEPOSIT
INSURANCE CORPORATION, AS RECEIVER FOR BANKUNITED FSB**

      The Federal Deposit Insurance Corporation (the "FDIC-R"), as Receiver for BankUnited FSB ("BankUnited"), submits this reply memorandum in further support of the FDIC-R's Motion for Summary Judgment filed on July 16, 2010 (the "FDIC-R's Summary Judgment Motion") [Adv. Pro. Dkt. No. 12], and in reply to the Response in Opposition to the FDIC-R's Motion for Summary Judgment filed by the Official Committee of Unsecured Creditors of the above-captioned debtors (the "Committee") on August 2, 2010 (the "Opposition") [ Adv. Pro. Dkt. No. 22].

On July 16, 2010, both the FDIC-R and the Committee filed summary judgment motions, setting forth each party's position for resolving the legal issues relating to the Committee's Complaint, which seeks a declaratory judgment as to the Committee's entitlement to assert its proposed claims against two of the officers of BankUnited and BankUnited Financial Corporation ("BUFC"). In its initial brief, the FDIC-R rested its position upon the Financial Institutions Reform, Recovery, and Enforcement Act ("FIRREA") and well-established Eleventh Circuit precedent. In contrast, the Committee misinterpreted FIRREA and established Eleventh Circuit precedent, and instead focused its argument on an archaic, pre-FIRREA case from New York and a misreading of a recent unpublished decision by the Eleventh Circuit. On August 2, 2010, both parties filed opposition briefs. Because the Committee's Opposition states nothing different from its initial Summary Judgment Motion, the FDIC-R relies upon, and incorporates by reference, its Summary Judgment Motion and Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment [Adv. Pro. Dkt. No. 21], and respectfully requests that this Court (i) grant the FDIC-R's Motion for Summary Judgment, (ii) deny the Committee's Motion for Summary Judgment, and (iii) declare that the claims in the Committee's proposed complaint are derivative and belong exclusively to the FDIC-R.

Dated: August 9, 2010                          Respectfully submitted,

| | |
|---|---|
| McDERMOTT WILL & EMERY LLP<br>Bruce J. Berman, Fla. Bar # 159280<br>201 South Biscayne Boulevard, Suite 2200<br>Miami, FL 33131-4336<br>Tel.: 305.358.3500<br>Fax.: 305.347.6500<br>    -and-<br>Geoffrey T. Raicht, *Pro Hac Vice*<br>340 Madison Avenue<br>New York, New York 10173-1922<br>Tel.: 212.547.5400 | HUGHES HUBBARD & REED LLP<br><br>By:    /s/ *Aviva L. Wernick*<br>Dennis Klein, *Pro Hac Vice*<br>Aviva L. Wernick, Fla. Bar # 0697281<br>Ross C. Paolino, Fla. Bar # 0056688<br>201 South Biscayne Boulevard, Suite 2500<br>Miami, Florida 33131-4332<br>Tel: 305.358.1666<br>Fax: 305.371.8759 |

*Co-Counsel for the Federal Deposit Insurance Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 9, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:    *s/Bruce J. Berman*
      *Bruce J. Berman*

## Service List of USDC Case 10-03075-LMI

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case:

Corali Lopez-Castro on behalf of Plaintiffs
clc@kttlaw.com, rcp@kttlaw.com

Todd C. Meyers on behalf of Plaintiffs
tmeyers@kilpatrickstockton.com, skapoor@kilpatrickstockton.com

**Manual Notice List**

The following is the list of parties who are not on the list to receive e-mail notice/service for this case, and are therefore being served by first class U.S. Mail, postage prepaid:

(no manual recipients)

MIA 364495-1.084080.0022