IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: )<br>)<br>BankUnited Financial Corporation, *et al.*,[1] )<br>)<br>    Debtors. )<br>_____ )<br>)<br>OFFICIAL COMMITTEE OF )<br>UNSECURED CREDITORS OF )<br>BANKUNITED FINANCIAL )<br>CORPORATION, *et al.*, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL DEPOSIT INSURANCE )<br>CORPORATION, )<br>)<br>    Defendant. )<br>_____ ) | Chapter 11<br><br>Case No. 09-19940-LMI<br><br>(Jointly Administered)<br><br><br>Adversary Proceeding<br>No. 10-03075-LMI |

**NOTICE OF APPEAL OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF BANKUNITED FINANCIAL CORPORATION AND RELATED DEBTORS**

Notice is hereby given that the Official Committee of Unsecured Creditors of

BankUnited Financial Corporation and related debtors, plaintiff in this adversary proceeding,

pursuant to 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8001, hereby appeals

---

[1] The debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): BankUnited Financial Corporation, a Florida corporation (7773); CRE America Corporation, a Florida corporation (0049); and BankUnited Financial Services, Incorporated, a Florida corporation (8335) (collectively, the "Debtors").

US2008 1745983.3

to the United State District Court of the Southern District of Florida from the Order Granting in Part and Denying in Part Cross Motions for Summary Judgment (the "Order"), entered in this adversary proceeding on November 15, 2010, by the United States Bankruptcy Court for the Southern District of Florida, the Honorable Laurel M. Isicoff (Docket # 35).

The names of all parties to the Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Parties | Attorneys |
|---|---|
| Defendant Federal Deposit Insurance Corporation, as Receiver for BankUnited, FSB—Appellee | Raquel A. Rodriguez, Esq.<br>McDermott Will & Emery LLP<br>201 S. Biscayne Boulevard, Suite 2200<br>Miami, Florida  33131-4336<br>Telephone:  (305) 358-3500<br>Facsimile:   (305) 347-6500<br><br>Geoffrey T. Raicht, Esq.<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, New York  10173-1922<br>Telephone:  (212) 547-5400<br>Facsimile:   (212) 547-5444<br><br>Dennis Klein, Esq.<br>Aviva L. Wernick, Esq.<br>Ross C. Paolino, Esq.<br>Hughes Hubbard & Reed LLP<br>201 South Biscayne Boulevard, Suite 2500<br>Miami, Florida 33131-4332<br>Telephone:  (305) 358-1666<br>Facsimile:  (305) 371-8759<br><br>Attorneys for the Appellee |

| | |
|---|---|
| Plaintiff Official Committee of Unsecured Creditors of BankUnited Financial Corporation and related debtors—Appellant | Todd C. Meyers, Esq.<br>Alfred S. Lurey, Esq.<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia  30309-4530<br>Telephone:  (404) 815-6500<br>Facsimile:   (404) 815-6555<br><br>Corali  Lopez-Castro, Esq.<br>Kozyak Tropin & Throckmorton, P.A.<br>2525 Ponce De Leon, 9th Floor<br>Miami, Florida 33134<br>Telephone:  (305) 372-1800<br>Facsimile:   (305) 372-3508<br><br>Attorneys for the Appellant |

The prescribed appeal fee is being submitted herewith.

Dated:  November 29, 2010.

                                              KILPATRICK STOCKTON LLP

                                              /s/ Todd C. Meyers
                                              Todd C. Meyers
                                              Georgia Bar No. 503756
                                              Alfred S. Lurey
                                              Georgia Bar No. 461500
                                              1100 Peachtree Street, Suite 2800
                                              Atlanta, Georgia  30309-4530
                                              (404) 815-6500 (Telephone)
                                              (404) 815-6555 (Facsimile)
                                              tmeyers@kilpatrickstockton.com
                                                          AND
                                              Corali  Lopez-Castro, Esq.
                                              Florida Bar No. 863830
                                              Kozyak Tropin & Throckmorton, P.A.
                                              2525 Ponce De Leon, 9th Floor
                                              Miami, Florida 33134
                                              (305) 372-1800 (Telephone)
                                              clc@kttlaw.com

                                              Counsel for Plaintiff Official Committee of
                                              Unsecured Creditors of BankUnited Financial
                                              Corporation, et al.

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this same day via first class, United States mail postage prepaid, on the parties listed below:

Raquel A. Rodriguez, Esq.
McDermott Will & Emery LLP
201 S. Biscayne Boulevard
Suite 2200
Miami, FL 33131-4336

Geoffrey T. Raicht, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Dennis Klein, Esq.
Aviva L. Wernick, Esq.
Ross C. Paolino
Hughes Hubbard & Reed LLP
201 South Biscayne Boulevard, Suite 2500
Miami, FL 33131-4332

          /s/ Todd C. Meyers
             Todd C. Meyers

US2008 1745983.3