

**ORDERED in the Southern District of Florida on December 03, 2010.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| BankUnited Financial Corporation, *et al.*, | Case No. 09-19940-BKC-LMI |
| Debtors. | (Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF BANKUNITED FINANCIAL CORPORATION, *et al.*, | Adversary Proceeding No. 10-03075-BKC-LMI |
| Plaintiff, | |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for BankUnited, FSB, | |
| Defendant. | |

**FINAL JUDGMENT**

The cross-motions for summary judgment filed by the Plaintiff, the Official Committee of Unsecured Creditors of BankUnited Financial Corporation ("Committee" or "Plaintiff") (DE # 14) and by the Federal Deposit Insurance Corporation as Receiver for BankUnited, FSB ("FDIC-R" or "Defendant") (DE # 12) on the Committee's Complaint Seeking a Declaratory Judgment Determining the Validity, Priority and Extent of Interests in Claims Asserted Against Certain Former Officers of Debtor BankUnited Financial Corporation (the "Adversary Complaint") (DE # 1), having been granted in part and denied in part pursuant to this Court's order entered on November 15, 2010 (DE #35), and the Court being fully apprised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Final judgment is hereby entered in favor of the FDIC-R with respect to Counts I and III of the proposed complaint attached as Exhibit A to the Adversary Complaint (the "Proposed Complaint"), and all claims set forth in Counts I and III of the Proposed Complaint constitute derivative claims that may be brought only by the FDIC-R on behalf of BankUnited, FSB.

2. Final judgment is hereby entered in favor of the Committee with respect to Count II of the Proposed Complaint and all claims set forth in Count II of the Proposed Complaint constitute direct claims that may be brought by the Committee (or any successor thereto) on behalf of debtor BankUnited Financial Corporation.

3. Each party shall bear its own costs.

US2000 11948993.2

### 

Submitted by:

| | |
|---|---|
| McDERMOTT WILL & EMERY LLP<br>Raquel Rodriguez<br>Fla. Bar # 511439<br>201 South Biscayne Boulevard, Suite 2200<br>Miami, FL 33131-4336<br>Tel.:  305.358.3500<br>Fax.:  305.347.6500<br>rrodriguez@mwe.com<br><br>Geoffrey T. Raicht<br>340 Madison Avenue<br>New York, New York 10173-1922<br>Tel.:  212.547.5400<br>Fax.:  212.547.5444<br>graicht@mwe.com<br><br>Counsel for the Federal Deposit Insurance Corporation as Receiver for BankUnited, FSB | HUGHES HUBBARD & REED LLP<br>Dennis Klein (*pro hac vice*)<br>Aviva L. Wernick<br>Fla. Bar # 0697281<br>Ross C. Paolino<br>Fla. Bar # 0056688<br>201 South Biscayne Boulevard, Suite 2500<br>Miami, Florida 33131-4332<br>Tel:  305.358.1666<br>Fax:  305.371.8759<br>Klein@hugheshubbard.com<br>wernick@hugheshubbard.com<br>Paolino@hugheshubbard.com<br><br>Counsel for the Federal Deposit Insurance Corporation as Receiver for BankUnited, FSB |
| KOZYAK TROPIN & THROCKMORTON, P.A.<br>Corali Lopez-Castro, Esq.<br>Florida Bar No. 863830<br>2525 Ponce De Leon, 9th Floor<br>Miami, Florida 33134<br>(305) 372-1800 (Telephone)<br>(305) 372-3508 (Facsimile)<br>clc@kttlaw.com<br><br>Counsel for the Official Committee of Unsecured Creditors of BankUnited Financial Corporation, *et al.* | KILPATRICK STOCKTON LLP<br>Todd C. Meyers<br>Georgia Bar No. 503756<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309-4530<br>(404) 815-6500 (Telephone)<br>(404) 815-6555 (Facsimile)<br>tmeyers@kilpatrickstockton.com<br><br>Counsel for the Official Committee of Unsecured Creditors of BankUnited Financial Corporation, *et al.* |

**COPIES TO:**
All counsel of record

[Attorney Corali Lopez-Castro is directed to serve copies of this order on all interested parties and to file a certificate of service]

US2000 11948993.2