IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>BankUnited Financial Corporation, *et al.*,<br><br>          Debtors. | Chapter 11<br><br>Case No. 09-19940-LMI<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF BANKUNITED FINANCIAL CORPORATION, *et al.*,<br><br>   Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for BankUnited, FSB,<br><br>   Defendant. | Adversary Proceeding<br>No. 10-03075-LMI |

## CROSS-APPELLANT'S STATEMENT OF ISSUES ON CROSS-APPEAL

   COMES NOW Appellee/Cross-Appellant the Federal Deposit Insurance Corporation (the "FDIC-R"), as Receiver for BankUnited FSB ("BankUnited" or the "Bank"), defendant in this adversary proceeding, and, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Rule 8006-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida, hereby respectfully submits the following Statement of Issues to be Presented on Cross-Appeal.

MIA 371453-1.084080.0021

## STATEMENT OF ISSUES TO BE PRESENTED ON CROSS-APPEAL

Whether the Bankruptcy Court erred in holding that the claims asserted in Count II of the proposed complaint (the "Proposed Complaint"), which was filed by the Official Committee of Unsecured Creditors of the above-captioned Debtors (the "Committee") as an exhibit to the Committee's Complaint Seeking a Declaratory Judgment Determining the Validity, Priority and Extent of Interests in Claims Asserted Against Certain Former Officers of Debtor BankUnited Financial Corporation (D.E. 1), are direct claims that may be brought by the estate of Debtor BankUnited Financial Corporation, rather than derivative claims that belong exclusively to the FDIC-R.

Respectfully submitted, this 29th day of December, 2010.

|  | McDERMOTT WILL & EMERY LLP<br><br>By: /s/ Raquel A. Rodriguez<br>Raquel A. Rodriguez, Esq.<br>Fla. Bar # 511439<br>201 South Biscayne Boulevard, Suite 2200<br>Miami, FL 33131-4336<br>Tel.: 305.358.3500<br>Fax.: 305.347.6500<br><br>Geoffrey T. Raicht, *pro hac vice*<br>340 Madison Avenue<br>New York, New York 10173-1922<br>Tel.: 212.547.5400<br>Fax.: 212.547.5444<br><br>Dennis S. Klein<br>Aviva L. Wernick<br>HUGHES HUBBARD & REED LLP<br>201 South Biscayne Boulevard, Suite 2500<br>Miami, Florida 33131-4332<br>Tel: 305.358.1666<br>Fax: 305.371.8759 |
|---|---|

*Co-Counsel for the Federal Deposit Insurance Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 29, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Geoffrey T. Raicht*
Geoffrey T. Raicht

**Service List of USDC Case 10-03075-LMI**

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case:

Vincent F Alexander on behalf of Plaintiffs
*vfa@kttlaw.com, lf@kttlaw.com*

Sameer K Kapoor on behalf of Plaintiffs
*skapoor@kilpatrickstockton.com, tmeyers@kilpatrickstockton.com, lcanty@kilpatrickstockton.com*

Corali Lopez-Castro on behalf of Plaintiffs
*clc@kttlaw.com, rcp@kttlaw.com*

Todd C. Meyers on behalf of Plaintiffs
*tmeyers@kilpatrickstockton.com, rrahman@kilpatrickstockton.com, lcanty@kilpatrickstockton.com*

David Samole
*das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com*

**Manual Notice List**

The following is the list of parties who are not on the list to receive e-mail notice/service for this case, and are therefore being served by first class U.S. Mail, postage prepaid:

(no manual recipients)

MIA 371453-1.084080.0021